Norwood E. JONES, Petitioner-
Appellant,

v.

James D. HENDERSON, Warden, U. S.
Penitentiary, et al., Respondents-
Appellees.

No. 73-3313

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 6, 1974.

Norwood E. Jones, pro se.

Gale McKenzie, Anthony Arnold, Asst.
U. S. Attys., Atlanta, Ga., for respond-
ents-appellees.

Before BROWN, Chief Judge, and
THORNBERRY and AINSWORTH,
Circuit Judges.

PER CURIAM:

Norwood E. Jones, an inmate of the
federal penitentiary at Atlanta, Georgia,
appeals an order of the district court de-

nying his mandamus petition against
prison authorities for alleged obstruc-
tion of his mail.

We vacate and remand with directions
to the district court to require appellant
to exhaust his administrative remedies
in accordance with Bureau of Prisons
Policy Statement No. 2001.6, dated Feb-
ruary 14, 1974, effective April 1, 1974.
*See* Thompson v. United States Federal
Prison Industries, 5 Cir., 1974, 492 F.2d
1082.

Vacated and remanded.